IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06- 41 |
| | : | |
| STARLIN GIBBS | : | |

INFORMATION

The United States Attorney for the District of Delaware charges that:

COUNT I

From in or about August 2004 to in or about October 2005, in the State and District of Delaware and elsewhere, **STARLIN GIBBS**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, a record, voucher, money, or thing of value, namely $9,558.77, of the Department of Veterans Affairs, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 4/13/06

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06- |
| | : | |
| STARLIN GIBBS | : | |

### CERTIFICATE OF SERVICE

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on April 13, 2006, served the foregoing:

### Information

by causing two (2) copies of said document to be hand-delivered to counsels of record at the following address:

Penny Marshall, Esquire
Federal Public Defender's Office
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801

                                      _____
                                      Jennifer Brown