IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-041-SLR |
| ) | |
| STARLIN GIBBS, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 24th day of April, 2006,

IT IS ORDERED that a plea hearing is scheduled for **Wednesday, May 10, 2006** at **9:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                          _/s/ Sue L. Robinson_
                                          United States District Judge