AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

UNITED STATES OF AMERICA
V.
STARLIN GIBBS
~~[redacted]~~
New Castle, DE ~~[redacted]~~

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:    06CR041-SLR

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801<br>Before: THE HONORABLE SUE L. ROBINSON, U.S. DISTRICT JUDGE | #100 U.S. Marshal's Office - Deft.<br>To Report By: 8:30 a.m.<br>Date and Time<br>5/10/06 9:00 a.m. |

To answer a(n)
- ☐ Indictment
- X Information
- ☐ Complaint
- ☐ Violation Notice
- ☐ Probation Violation Petition

Charging you with a violation of Title   18    United States Code, Section(s)   641

Brief description of offense:

THEFT OF GOVERNMENT PROPERTY

*[Filed stamp: 2006 MAY 10 AM 8:48 FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE]*

*[Signature]*      4/26/06
Signature of Issuing Officer     Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 8500**
**Status: Delivered**

Your item was delivered at 9:37 am on May 06, 2006 in NEW CASTLE, DE

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                    5/9/2006

**D.I. #** _____

# CIVIL ACTION
# NUMBER:     06 CR41 SCR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

