PS 42
(Rev 07/93)

# United States District Court

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Starlin Gibbs** | ) | Case No. 1:06CR00041 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Starlin Gibbs, have discussed with Jean Lubinsky, Pretrial Services/Probation Officer, modification of my release as follows:

Participate in a program of inpatient or outpatient substance abuse therapy and counseling, if deemed necessary.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-26-06   _____  6/26/06
Signature of Defendant       Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  6/26/06
Signature of Defense Counsel   Date

[✓]   The above modification of conditions of release is ordered, to be effective on 6/27/06.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____  6/27/06
Signature of Judicial Officer   Date