UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-41-SLR |
| Starlin Gibbs | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Seal Motion to Continue Sentencing,

**IT IS HEREBY ORDERED** this ___16th___ day of August, 2006, that Defendant's Motion to Continue Sentencing be sealed.

_____
Honorable Sue L. Robinson
United States District Court

cc:   AUSA David Hall
      FPD Penny Marshall