IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-041-SLR |
| | ) |
| STARLIN GIBBS, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 16th day of August, 2006, having considered defendant's unopposed motion to continue sentencing;

IT IS ORDERED that said motion (D.I. 13) is **granted** and the sentencing scheduled for August 16, 2006 is **cancelled.**

IT IS FURTHER ORDERED that, on or before **September 15, 2006**, defense counsel contact the court for purposes of rescheduling the sentencing hearing.

_____
United States District Judge