IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-041-SLR |
| | ) |
| STARLIN GIBBS, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 20th day of September, 2006, having considered defendant's letter dated September 15, 2006;

IT IS ORDERED that the sentencing of defendant is scheduled to commence on **Monday, September 25, 2006** at 4:00 p.m. in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge