PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) |
| vs. | )  Criminal Action No. 1:06-CR-041-001-SLR |
|   | ) |
| STARLIN GIBBS, | ) |
|   | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Starlin Gibbs</u>, who was placed on supervision by the Honorable <u>Sue L. Robinson</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>25th</u> day of <u>September, 2006</u>, who fixed the period of supervision at <u>three (3) years</u> and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing and inpatient treatment.
2. The defendant shall successfully complete the Veteran's Administrative Harbor Healthcare Domiciliary Program.
3. The defendant shall participate in mental health treatment, at the direction of the probation officer.
4. The defendant shall be placed in home detention for a period of two (2) months.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL** issue a warrant for Starlin Gibbs, so he can be brought before the Court on a charge he has violated his federal supervised release.

**ORDER OF COURT**

So ordered this 11t day of May 2008.

_____
U. S. ~~District~~ Court Judge
Magistrate

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on    May 1, 2008

Place          Wilmington, Delaware

Page 2
RE Starlin Gibbs
Petition for Action
May 1, 2008

**Mandatory Condition** : The defendant shall refrain from any unlawful use of a controlled substance.

**Evidence:**  The defendant submitted urine samples for testing on April 25, 2007 and April 23, 2008, which tested positive for cocaine. The defendant denies any type of substance abuse.

**Special Condition:** The defendant shall participate in a drug treatment program, which may include urine testing and inpatient treatment.

**Evidence:** On February 2, 2007, the defendant was referred to Sodat for testing and treatment. The defendant failed to appear for random testing on February 27, 2008, March 10, 2008, and April 21, 2008. For April 21, 2008, the defendant advised he was in training for work, was directed to submit documentation of the training claim. No documentation has been submitted.