IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 06-41-SLR |
| | : | |
| STARLIN GIBBS | : | |
| | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, **STARLIN GIBBS**, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b), and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of the supervised release petition. In support of the motion, the United States alleges that the defendant cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee or pose a danger to any other person in the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: May 2, 2008