United States District Court

DISTRICT OF DELAWARE



UNITED STATES OF AMERICA

v.

_Starlin Gibbs,_
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
F.R.Cr.P. 32.1

Case Number: 06-41-SLR

Upon motion of the **Government**, it is ORDERED that a _Det. hearing pending_ **Revocation Hearing** is set for _5/6/2008_ * at _12:00 pm_
                                                                    Date                          Time

before the Honorable _Leonard P. Stark_, U.S. _Magistrate_ Judge
                     Name of Judicial Officer

Courtroom #_2A 2nd_ Flr., Federal Bldg., 844 King St., Wilmington, Delaware
                           Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                  Other Custodial Official

and produced for the hearing.

_5/2/2008_                                             _[signature]_
Date                                                   Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.