# United States District Court 

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
FRCP 32.1

STARLIN GIBBS,
Defendant

Case Number: 06-41-SLR

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for __5/20/2008__ * at __2:00 pm__
                                          Date                                  Time

before __Honorable Sue L. Robinson, U.S. District Judge__
                              Name of Judicial Officer

__Ctrm. #6B, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                  Other Custodial Official

and produced for the hearing.

__MAY 6TH, 2008__                                             [signature]
      Date                                                     Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.