IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )                               | |
| Plaintiff,                    ) | |
| )                               | |
| v.                            ) | Crim. No. 06-041-SLR |
| )                               | |
| STARLIN GIBBS,                ) | |
| )                               | |
| Defendant.                    ) | |

**O R D E R**

At Wilmington this 6th day of May, 2008;

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Tuesday, May 20, 2008 at 2:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge