◈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

STARLIN GIBBS,

**WARRANT FOR ARREST**

Case Number: 06-41-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     STARLIN GIBBS
                                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

VIOLATING SPECIAL CONDITIONS OF RELEASE

in violation of Title _____ United States Code, Section(s) _____

HONORABLE LEONARD P. STARK
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature of Issuing Officer]

5/1/2008 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-1-08 | William David Dusan | William Dusan |
| DATE OF ARREST 5-1-08 | | |