AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>STARLIN GIBBS | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR 06-41-SLR<br>USM Number: 05111-015<br><br>Eleni Kousoulis, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) MC AND and SPECIAL CONDITION of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MANDATORY CONDITION | FAILURE TO REFRAIN FROM UNLAWFUL DRUG USE | 4/23/2008 |
| SPECIAL CONDITION | FAILURE TO COMPLETE DRUG TREATMENT INCLUDING URINE TESTING | 4/21/2008 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: -7284<br>Defendant's Date of Birth: 1958<br><br><br>Defendant's Residence Address:<br>SALEM COUNTY CORRECTIONAL FACILITY<br><br><br><br><br>Defendant's Mailing Address:<br>SALEM COUNTY CORRECTIONAL FACILITY | MAY 20, 2008<br>Date of Imposition of Judgment<br><br>_/s/ Sue L. Robinson_<br>Signature of Judge<br><br>Honorable Sue L. Robinson, United States District Judge<br>Name and Title of Judge<br><br>6/23/08<br>Date |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2 Imprisonment

| | |
|---|---|
| DEFENDANT: STARLIN GIBBS | Judgment Page 2 of 2 |
| CASE NUMBER: CR 06-41-SLR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

6 MONTHS WITHOUT A TERM OF SUPERVISION TO FOLLOW.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL