AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| STARLIN GIBBS | |

Case Number: CR 06-41-SLR

USM Number: 05111-015

Eleni Kousoulis, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) MC AND and SPECIAL CONDITION of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MANDATORY CONDITION | FAILURE TO REFRAIN FROM UNLAWFUL DRUG USE | 4/23/2008 |
| SPECIAL CONDITION | FAILURE TO COMPLETE DRUG TREATMENT INCLUDING URINE TESTING | 4/21/2008 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc Sec No   - 7284

Defendant's Date of Birth   1958

Defendant's Residence Address

SALEM COUNTY CORRECTIONAL FACILITY

Defendant's Mailing Address.

SALEM COUNTY CORRECTIONAL FACILITY

MAY 20, 2008
Date of Imposition of Judgment

Signature of Judge

Honorable Sue L. Robinson, United States District Judge
Name and Title of Judge

6/23/08
Date

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment

Judgment Page __2__ of __2__

DEFENDANT: STARLIN GIBBS
CASE NUMBER: CR 06-41-SLR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

6 MONTHS WITHOUT A TERM OF SUPERVISION TO FOLLOW.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered    8/18/08    to    FCI MCG
_____ with a certified copy of this judgment.

CERTIFIED: 6/26/2008
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

_Wayne A. Phillips, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL